UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

———————————————————————

JOSEPH JACKSON, 05-B-1287

                        Plaintiff,

                                                                      **DECISION AND ORDER**
               v.                                                              16-CV-1041-A

M. STACK,

                        Defendant.

———————————————————————

This *pro se* prisoner's civil rights action was referred to Magistrate Judge Hugh B. Scott, pursuant to 28 U.S.C. § 636(b)(1). On November 20, 2018, Magistrate Judge Scott filed a Report and Recommendation (Dkt. No. 38), recommending that plaintiff's motion for summary judgment (Dkt. No. 16) be denied without prejudice and that defendant's motion to revoke plaintiff's *in forma pauperis* status (Dkt. No. 22) be denied as moot.

Upon review of the Report and Recommendation, it is hereby

**ORDERED**, that pursuant to 28 U.S.C. § 636(b)(1), and for the reasons set forth in Magistrate Judge Scott's Report and Recommendation, plaintiff's motion for summary judgment is denied and defendant's motion to revoke plaintiff's *in forma pauperis* status is denied as moot. The case remains referred to Magistrate Judge Hugh B. Scott. Dkt. No. 9.

    **SO ORDERED.**

                                                *s/Richard J. Arcara*
                                               HONORABLE RICHARD J. ARCARA
                                               UNITED STATES DISTRICT COURT

Dated: March 19, 2019